IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIBREEL FRAZIER,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-627** |
| | : | |
| **TRANS UNION, LLC,** | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 19th day of July, 2023, upon consideration of Defendant Trans Union, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint for Failure to State a Claim (ECF No. 13), all papers in support thereof and opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by this Court, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 13) is **GRANTED; THIS ACTION IS DISMISSED WITH PREJUDICE; WITHOUT LEAVE TO AMEND.**

**IT IS FURTHER ORDERED** that Defendant Trans Union, LLC's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 11) is **DENIED** as **MOOT**—in light of Plaintiff's Second Amended Complaint (ECF No. 12).

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**

1